HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY, a Wisconsin corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CPRIDE GROUP, LLC, a Washington Limited Liability Company; PRIDE GROUP NW, LLC, a Washington Limited Liability Company; CARLENE PRIDE, a Washington Resident; RACHEL K. MCMILLAN, a Washington Resident; and CARLENE PRIDE'S MARITAL COMMUNITY,<br><br>    Defendants. | NO. 2:23-cv-00197-BJR<br><br>**ORDER TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

This matter came before this Court on the Parties' Stipulated Motion for an order Allowing Plaintiff to File a First Amended Complaint.

The Court finding that the requirements of Fed. R. Civ. P. 15 have been met and that good causes exists, IT IS HEREBY ORDERED that Plaintiff may file a First Amended

ORDER TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED
COMPLAINT - 1
(2:23-cv-00197-BJR)

7763425.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

Complaint correcting the titles of subparagraphs XXI through XXIV to reference the proper insurance policy provisions discussed within those subparagraphs.

DATED this 20th day of June, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT - 2
(2:23-cv-00197-BJR)

7763425.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600