The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY, a Wisconsin corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CPRIDE GROUP, LLC, a Washington Limited Liability Company; PRIDE GROUP NW, LLC, a Washington Limited Liability Company; CARLENE PRIDE, a Washington Resident; RACHEL K. MCMILLAN, a Washington Resident; and CARLENE PRIDE'S MARITAL COMMUNITY,<br><br>　　　　　Defendants. | NO.  2:23-cv-00197-BJR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS** |

## **ORDER OF DISMISSAL**

　　THIS MATTER having come before the Court upon the Parties' Joint Stipulation for an Order of Dismissal with Prejudice, and without costs and/or attorneys' fees as to any party, and the Court having reviewed the Joint Stipulation and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Parties' Stipulation for Dismissal With Prejudice is GRANTED.

　　IT IS FURTHER ORDERED that all claims between the Parties are DISMISSED with prejudice, and without costs or attorney fees awarded to any party.  This case is closed.

DATED this 28th day of August, 2024

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

**PRESENTED BY:**

*s/Eliot M. Harris*
Eliot M. Harris, WSBA #36590
*s/Joseph A. Toups*
Joseph A. Toups, WSBA #57024
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: eharris@williamskastner.com
         jtoups@williamskastner.com

*Attorney for Plaintiff Midvale Indemnity Company*

*s/Jason R. Donovan*
Jason R. Donovan, WSBA #40994
**FOSTER GARVEY PC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Ph: 206-447-4400
Fax: 206-447-9700
Email: j.donovan@foster.com

*Attorneys for Defendants The CPride Group, LLC, Pride Group NW, LLC, Carlene Pride & Carlene Pride's Marital Community*